1010

THE STATE OF WASHINGTON, *Respondent*, v. A.L.G., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-8-01152-3, Barbara D. Johnson, J., entered December 19, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 37242-8-II. Division Two. January 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ISABELLE JOY MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-04358-0, Vicki L. Hogan, J., entered January 4, 2008. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 37255-0-II. Division Two. January 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN M. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-01354-5, Leila Mills, J., entered December 7, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 37265-7-II. Division Two. January 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT B. HARTFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00200-9, F. Mark McCauley, J., entered January 7, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.